**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**BENJAMIN KINNEY**                                                                                          **PETITIONER**
Reg #20293-045

v.                                        **CASE NO. 2:13CV00125 BSM**

**ANTHONY HAYNES, Warden,**
**FCC-Forrest City Medium**                                                                          **RESPONDENT**

**ORDER**

On August 6, 2013, petitioner Benjamin Kinney filed a writ of habeas corpus petition pursuant to 28 U.S.C. §2241 in the United States District Court for the Eastern District of Texas, Sherman Division. It was transferred to this district on September 27, 2013. Kinney requested relief because the Bureau of Prisons ("BOP") had not adjusted his sentence from 168 months to 126 months, as amended by a judgment on February 1, 2010. The respondent, however, submitted information indicating that the BOP has in fact adjusted Kinney's sentence. Kinney was directed to show cause by September 12, 2014, as to why his petition was not moot. As of this date, he has not responded. Accordingly, Kinney's petition is dismissed as moot.

IT IS SO ORDERED this 29th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE