IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BENJAMIN KINNEY**                                                                                          **PETITIONER**
Reg #20293-045

v.                                       CASE NO. 2:13CV00125 BSM

**ANTHONY HAYNES, Warden,**
**FCC-Forrest City Medium**                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered this day, the petition is hereby dismissed as moot.

IT IS SO ORDERED this 29th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE